# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| In re: SEALE, MICHAEL ALLEN § | Case No. 13-60253 |
|       SEALE, MONICA FITZGERALD § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 06, 2013.  The undersigned trustee was appointed on February 06, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $     69,950.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 34,556.55 |
| Administrative expenses | 7,247.35 |
| Bank service fees | 181.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 27,965.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/19/2013 and the deadline for filing governmental claims was 08/05/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,747.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,747.50, for a total compensation of $6,747.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $432.85, for total expenses of $432.85.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2013          By: /s/W. STEPHEN SCOTT, TRUSTEE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-60253  
**Case Name:** SEALE, MICHAEL ALLEN  
SEALE, MONICA FITZGERALD  
**Period Ending:** 11/12/13

**Trustee:** (660010) W. STEPHEN SCOTT, TRUSTEE  
**Filed (f) or Converted (c):** 02/06/13 (f)  
**§341(a) Meeting Date:** 03/08/13  
**Claims Bar Date:** 06/19/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  POST PETITION RENT-RIFE ROAD REAL ESTATE (u) | 1,450.00 | 1,450.00 | | 1,450.00 | FA |
| 2  1621 Quail Run Road, Charlottesville, VA. 22911 | 520,000.00 | 0.00 | | 0.00 | FA |
| 3  700 Rife Road, Unit 8-K, Waynesboro, VA. | 74,500.00 | 68,500.00 | | 68,500.00 | FA |
| 4  894 Jefferson Drive East, Palmyra, VA. | 145,900.00 | 0.00 | | 0.00 | FA |
| 5  2Augusta Memorial Park Cemetary Burial Plots | 3,990.00 | 0.00 | | 0.00 | FA |
| 6  DULUTH TER Lot 3 BLK 801 19th ADD (See Footnote) | 2,500.00 | 0.00 | | 0.00 | FA |
| 7  DULUTH TER Lot 4 BLK 801 19th ADD (See Footnote) | 2,500.00 | 0.00 | | 0.00 | FA |
| 8  Cash on hand | 10.00 | 0.00 | | 0.00 | FA |
| 9  Bank of America Condominium Funds Checking | 6.35 | 0.00 | | 0.00 | FA |
| 10  Bank of America Personal Checking Account | 911.83 | 0.00 | | 0.00 | FA |
| 11  First Citizens Bank Business Checking Account | 598.98 | 0.00 | | 0.00 | FA |
| 12  Wells Fargo Business Payroll Checking Account | 327.16 | 0.00 | | 0.00 | FA |
| 13  Wells Fargo Primary Business Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 14  Household Goods and Furnishings | 2,370.00 | 0.00 | | 0.00 | FA |
| 15  Men's Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 16  Women's Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 17  1 Amethyst Ring, 6 Pairs of Earrings, 1 Watch | 600.00 | 0.00 | | 0.00 | FA |
| 18  2 Wedding Rings | 1,500.00 | 0.00 | | 0.00 | FA |
| 19  1 Weight Lifting Set, 1 Push Mower, 1 Weed Eater | 250.00 | 0.00 | | 0.00 | FA |
| 20  Erie Insurance Exchange Term Life Insurance Poli | 1.00 | 0.00 | | 0.00 | FA |
| 21  Garden State Life Insurance Company Term Life | 1.00 | 0.00 | | 0.00 | FA |
| 22  Garden State Life Insurance Company Term Life | 1.00 | 0.00 | | 0.00 | FA |
| 23  Potential funds due to debtor unknown | 1.00 | 0.00 | | 0.00 | FA |
| 24  2004 Ford F-150 Mileage: 75,000 | 10,925.00 | 0.00 | | 0.00 | FA |
| 25  2006 Dodge Caravan Mileage: 197,000 | 1,000.00 | 439.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-60253  
**Case Name:** SEALE, MICHAEL ALLEN  
SEALE, MONICA FITZGERALD  
**Period Ending:** 11/12/13

**Trustee:** (660010) W. STEPHEN SCOTT, TRUSTEE  
**Filed (f) or Converted (c):** 02/06/13 (f)  
**§341(a) Meeting Date:** 03/08/13  
**Claims Bar Date:** 06/19/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | 2006 Jeep Commander Mileage: 28,000 | 11,625.00 | 2,153.00 | | 0.00 | FA |
| 27 | 1 Cat | 10.00 | 0.00 | | 0.00 | FA |
| 27 | **Assets** Totals (Excluding unknown values) | **$781,978.32** | **$72,542.00** | | **$69,950.00** | **$0.00** |

RE PROP# 6    Vacant lot in Sarasota, FL inherited from father  
RE PROP# 7    Vacant lot in Sarasota, FL inherited from father

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013    **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Printed: 11/12/2013 10:49 AM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-60253  
**Case Name:** SEALE, MICHAEL ALLEN  
SEALE, MONICA FITZGERALD  
**Taxpayer ID #:** **-***7341  
**Period Ending:** 11/12/13  

**Trustee:** W. STEPHEN SCOTT, TRUSTEE (660010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****904066 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/13 | {1} | MILLER LAW GROUP, PC | post petition rent - Rife Road real estate | 1222-000 | 1,450.00 | | 1,450.00 |
| 06/28/13 | | BRUCE K. TYLER PC/BBT OFFICIAL CHECK | net proceeds sale of Rife Road condominium | | 61,252.65 | | 62,702.65 |
| | {3} | | gross proceeds from sale of asset   68,500.00 | 1110-000 | | | 62,702.65 |
| | | Waynesboro Treasurer | pro rata share 2013 real estate taxes   -323.35 | 2500-000 | | | 62,702.65 |
| | | Ram Works UOA Inc. | condominium dues owing   -537.50 | 2500-000 | | | 62,702.65 |
| | | Clerk, Waynesboro Circuit Court | Grantor's Tax   -68.50 | 2500-000 | | | 62,702.65 |
| | | Moyers Enterprises, Inc. | Termite inspection and report   -50.00 | 2500-000 | | | 62,702.65 |
| | | Ram Works UOA, Inc. | Disclosure packet   -150.00 | 2500-000 | | | 62,702.65 |
| | | BB&T | Cost of cashier ck for receipt of sale proceeds   -8.00 | 2500-000 | | | 62,702.65 |
| | | Catherine C. Anderson | Purchaser closing costs credit   -2,000.00 | 2500-000 | | | 62,702.65 |
| | | Funkhouser Real Estate Group | listing agent commission   -2,055.00 | 3510-000 | | | 62,702.65 |
| | | RE/Max Advantage | selling agent commission   -2,055.00 | 3510-000 | | | 62,702.65 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 62,692.65 |
| 07/02/13 | 1 | VIRGINIA HOUSING DEVELOPMENT AUTHORITY | PAYOFF DEED OF TRUST ON LOAN 015257/700-8K RIFE RD | 4110-000 | | 34,556.55 | 28,136.10 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.30 | 28,088.80 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.40 | 28,048.40 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.99 | 28,009.41 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.31 | 27,965.10 |
| | | | ACCOUNT TOTALS | | 62,702.65 | 34,737.55 | $27,965.10 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 62,702.65 | 34,737.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$62,702.65** | **$34,737.55** | |

{} Asset reference(s)                                                                                                              Printed: 11/12/2013 10:49 AM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-60253  
**Case Name:** SEALE, MICHAEL ALLEN  
SEALE, MONICA FITZGERALD  
**Taxpayer ID #:** **-***7341  
**Period Ending:** 11/12/13

**Trustee:** W. STEPHEN SCOTT, TRUSTEE (660010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****904066 - Checking Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****904066** | 62,702.65 | 34,737.55 | 27,965.10 |
|  | $62,702.65 | $34,737.55 | $27,965.10 |

{} Asset reference(s)

Printed: 11/12/2013 10:49 AM     V.13.13

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 19, 2013

**Case Number:** 13-60253　　　　　　　　　　　　　　　Page: 1　　　　　　　　　　　　　**Date:** November 12, 2013
**Debtor Name:** SEALE, MICHAEL ALLEN　　　　　　　　　　　　　　　　　　　　　　　　　**Time:** 10:49:29 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TEEEXP 200 | W. STEPHEN SCOTT, TRUSTEE<br>P. O. BOX 2737<br>418 E. WATER STREET<br>CHARLOTTESVILLE, VA 22902 | Admin Ch. 7 | | $432.85 | $0.00 | 432.85 |
| TEEFEE 200 | W. STEPHEN SCOTT, TRUSTEE<br>P. O. BOX 2737<br>418 E. WATER STREET<br>CHARLOTTESVILLE, VA 22902 | Admin Ch. 7 | | $6,747.50 | $0.00 | 6,747.50 |
| ATTYTEE 200 | SCOTT KRONER, PLC<br>P. O. BOX 2737<br>418 EAST WATER STREET<br>CHARLOTTESVILLE, VA 22902 | Admin Ch. 7 | | $1,080.00 | $0.00 | 1,080.00 |
| 3 570 | Internal Revenue Service<br>Insolvency Unit<br>400 N 8th St Ste 76<br>Richmond, VA 23219-4836 | Priority | Claim based upon 2012 returns not filed - amended by 9-2 | $0.00 | $0.00 | 0.00 |
| 3 -2 570 | Internal Revenue Service<br>Insolvency Unit<br>400 N 8th St Ste 76<br>Richmond, VA 23219-4836 | Priority | 11/08/2013 Amendment 3-2 imported by MHT; original claim disallowed | $0.00 | $0.00 | 0.00 |
| 20P 570 | Virginia Department Of Taxation<br>Bankruptcy Unit<br>PO Box 2156<br>Richmond, VA 23218-2156 | Priority | amended by 20P-2 | $0.00 | $0.00 | 0.00 |
| 20P-2 570 | Virginia Department Of Taxation<br>Bankruptcy Unit<br>PO Box 2156<br>Richmond, VA 23218-2156 | Priority | 11/11/2013 Amendment 20-2 imported by MHT; original claim disallowed<br>---------------------------------------------------------------------------------\* \* \*<br>Joint | $1,422.37 | $0.00 | 1,422.37 |
| 1 100 | County Of Albemarle<br>Department of Finance<br>401 McIntire Road<br>Charlottesville, VA 22902 | Secured | 04/03/2013 Amendment 1-2 imported by WSS; original claim didn't exist<br>-------------------------------------------------------------------------------\* \* \* | $0.00 | $0.00 | 0.00 |
| 1 -2 100 | County Of Albemarle<br>Department of Finance<br>401 McIntire Road<br>Charlottesville, VA 22902 | Secured | 11/08/2013 Amendment 1-2 imported by MHT; original claim disallowed<br>Filed as Secured for Real Estate Taxes - no payment by estate | $0.00 | $0.00 | 0.00 |
| 9 100 | Edward W. & Alice L. Purcell<br>1237 Granton Terrace<br>Chesapeake, VA 23322 | Secured | DEED OF TRUST NOTE<br>0916<br>Amended by 9-2 to unsecured | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 19, 2013

**Case Number:** 13-60253  
**Debtor Name:** SEALE, MICHAEL ALLEN  
Page: 2  
**Date:** November 12, 2013  
**Time:** 10:49:29 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SEC-RE 100 | VIRGINIA HOUSING DEVELOPMENT AUTHORITY<br>ATTN: MORTGAGE PAYOFF DEPT.<br>601 S. BELVIDERE STREET<br>RICHMOND, VA 23220 | Secured | LOAN 015257/700-8K RIFE<br>D/T ON 700-8K RIFE ROAD, WAYNESBORO, DB 202/653 & DB205/205 | $34,556.55 | $34,556.55 | 0.00 |
| 2 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 9810<br>9810 - Michael Seale - no payment by estate since assets administered titled only in Monica | $0.00 | $0.00 | 0.00 |
| 4 610 | Aqua Virginia, Inc.<br>762 West Lancaster Avenue<br>Bryn Mawr, PA 19010 | Unsecured | 6703<br>6703 Michael - no payment by estate since assets administered titled solely in Monica | $0.00 | $0.00 | 0.00 |
| 5 610 | Trico Products Corporation<br>Attn: Rick Onisko<br>3255 West Hamlin Road<br>Rochester Hills, MI 48309-3231 | Unsecured | Truck Parts East Inc debt . Claim disallowed by 8/30/13 order #55 | $0.00 | $0.00 | 0.00 |
| 6 610 | Golight, Inc.<br>37146 Old Highway 17<br>Culbertson, NE 69024 | Unsecured | Truck parts East Inc debt. claim disallowed by 8/30/13 order #56 | $0.00 | $0.00 | 0.00 |
| 7 610 | Virginia Automotive Parts & Service Association<br>227 Belt Boulevard<br>Richmond, VA 23224 | Unsecured | Truck Parts East Inc debt. claim disallowed by 8/30/13 order #57 | $0.00 | $0.00 | 0.00 |
| 8 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Truck Parts East debt. Claim disallowed by 8/30/13 order #58 | $0.00 | $0.00 | 0.00 |
| 9 -2 610 | Edward W Purcell, Alice L Purcell, Susan A Purcell<br>1237 Granton Terrace<br>Chesapeake, VA 23322 | Unsecured | 11/11/2013 Amendment 9-2 imported by MHT; original claim didn't exist<br>Joint - 2nd DT of lien extinguished due to foreclosure by 1st DT | $122,424.60 | $0.00 | 122,424.60 |
| 10 610 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | 8210<br>8210 Michael - No payment by estate since assets administered titled solely in Monica | $0.00 | $0.00 | 0.00 |
| 11 610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | 8732/3331<br>8732/3331 - Michael - no payment by estate since assets administered titled solely in Monica | $0.00 | $0.00 | 0.00 |
| 12 610 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | 8339 BEST BUY<br>8339 Best Buy - Monica | $624.48 | $0.00 | 624.48 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 19, 2013

**Case Number:** 13-60253  
**Debtor Name:** SEALE, MICHAEL ALLEN  

Page: 3

**Date:** November 12, 2013  
**Time:** 10:49:29 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 13 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 1009<br>1009 - Monica and Truck Parts East | $4,117.14 | $0.00 | 4,117.14 |
| 14 610 | WELLS FARGO BANK | Unsecured | 3072<br>3072 - Monica and Truck Parts East | $21,029.13 | $0.00 | 21,029.13 |
| 15 610 | WELLS FARGO BANK | Unsecured | 6255<br>6255 - Monica and Truck Parts East | $50,292.36 | $0.00 | 50,292.36 |
| 16 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 2004<br>2004 - Michael - no payment by estate since assets administered titled solely in Monica | $0.00 | $0.00 | 0.00 |
| 17 610 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | 0659<br>0659 - Monica | $22,262.45 | $0.00 | 22,262.45 |
| 18 610 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | 4099<br>4099 - Michael - no payment by estate since assets administered titled solely in Monica | $0.00 | $0.00 | 0.00 |
| 20U-2 610 | Virginia Department Of Taxation<br>Bankruptcy Unit<br>PO Box 2156<br>Richmond, VA 23218-2156 | Unsecured | 11/11/2013 Amendment 20-2 imported by MHT; original claim disallowed<br>Joint | $733.26 | $0.00 | 733.26 |
| 19 620 | Dominion Virginia Power<br>P. O. Box 26543<br>Richmond, VA 23290-0001 | Unsecured | 2500<br>2500 Joint (Late Claim) | $308.68 | $0.00 | 308.68 |
| 20U 620 | Virginia Department Of Taxation<br>Bankruptcy Unit<br>PO Box 2156<br>Richmond, VA 23218-2156 | Unsecured | amended by 20U-2 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 266,031.37 | 34,556.55 | 231,474.82 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-60253
Case Name: SEALE, MICHAEL ALLEN
Trustee Name: W. STEPHEN SCOTT, TRUSTEE

**Balance on hand:**    $    27,965.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | County Of Albemarle | 2,215.64 | 0.00 | 0.00 | 0.00 |
| 1-2 | County Of Albemarle | 2,215.64 | 0.00 | 0.00 | 0.00 |
| 9 | Edward W. & Alice L. Purcell | 80,278.43 | 0.00 | 0.00 | 0.00 |
| SEC-RE | VIRGINIA HOUSING DEVELOPMENT AUTHORITY | 34,556.55 | 34,556.55 | 34,556.55 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    27,965.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - W. STEPHEN SCOTT, TRUSTEE | 6,747.50 | 0.00 | 6,747.50 |
| Trustee, Expenses - W. STEPHEN SCOTT, TRUSTEE | 432.85 | 0.00 | 432.85 |
| Attorney for Trustee, Fees - SCOTT KRONER, PLC | 1,080.00 | 0.00 | 1,080.00 |

Total to be paid for chapter 7 administration expenses:    $    8,260.35
Remaining balance:    $    19,704.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    19,704.75

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,422.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 3 -2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 20P | Virginia Department Of Taxation | 0.00 | 0.00 | 0.00 |
| 20P-2 | Virginia Department Of Taxation | 1,422.37 | 0.00 | 1,422.37 |

Total to be paid for priority claims: **$ 1,422.37**
Remaining balance: **$ 18,282.38**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 221,483.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Discover Bank | 0.00 | 0.00 | 0.00 |
| 4 | Aqua Virginia, Inc. | 0.00 | 0.00 | 0.00 |
| 5 | Trico Products Corporation | 0.00 | 0.00 | 0.00 |
| 6 | Golight, Inc. | 0.00 | 0.00 | 0.00 |
| 7 | Virginia Automotive Parts & Service Association | 0.00 | 0.00 | 0.00 |
| 8 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 9 -2 | Edward W Purcell, Alice L Purcell, Susan A Purcell | 122,424.60 | 0.00 | 10,105.55 |
| 10 | Advanta Bank Corporation | 0.00 | 0.00 | 0.00 |
| 11 | FIA CARD SERVICES, N.A. | 0.00 | 0.00 | 0.00 |
| 12 | Capital One, N.A. | 624.48 | 0.00 | 51.55 |
| 13 | American Express Bank, FSB | 4,117.14 | 0.00 | 339.85 |
| 14 | WELLS FARGO BANK | 21,029.13 | 0.00 | 1,735.85 |
| 15 | WELLS FARGO BANK | 50,292.36 | 0.00 | 4,151.39 |
| 16 | American Express Bank, FSB | 0.00 | 0.00 | 0.00 |
| 17 | eCAST Settlement Corporation, assignee | 22,262.45 | 0.00 | 1,837.66 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 18 | eCAST Settlement Corporation, assignee | 0.00 | 0.00 | 0.00 |
| 20U-2 | Virginia Department Of Taxation | 733.26 | 0.00 | 60.53 |

Total to be paid for timely general unsecured claims: **$ 18,282.38**
Remaining balance: **$ 0.00**

Tardily filed claims of general (unsecured) creditors totaling $ 308.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 19 | Dominion Virginia Power | 308.68 | 0.00 | 0.00 |
| 20U | Virginia Department Of Taxation | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: **$ 0.00**
Remaining balance: **$ 0.00**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: **$ 0.00**
Remaining balance: **$ 0.00**

**UST Form 101-7-TFR (05/1/2011)**